**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1520**

CHRISTINA M. VOGT,

        Plaintiff - Appellant,

    v.

MACY'S INC.,

        Defendant - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  Gina M. Groh, Chief District Judge.  (3:19-cv-00069-GMG-RWT)

Submitted:  December 22, 2020           Decided:  December 28, 2020

Before NIEMEYER, FLOYD, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Christina M. Vogt, Appellant Pro Se.  Joseph Umberto Leonoro, STEPTOE & JOHNSON PLLC, Charleston, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christina M. Vogt appeals from the district court's order denying her motion to remand and granting Defendant's motion to dismiss her civil action. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Vogt v. Macy's Inc.*, No. 3:19-cv-00069-GMG-RWT (N.D.W. Va. Mar. 17, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*